**91–1099.** A & B Refuse Disposers, Inc. v. Bd. of Ravenna Twp. Trustees. *Portage County,* No. 90–P–2196. On motion for leave to file *amicus* of National Solid Waste Management

Association. Motion granted.

MOYER, C.J., dissents because the motion was filed out of rule.

SWEENEY and H. BROWN, JJ., not participating.